```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 17150
   BRIAN A BROSKI
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-5174
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/27/06 and confirmed on 03/21/07.

2. The case was converted to Chapter 7 after confirmation, 05/07/2008.

3. The Debtor paid a total of $  4500.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 3620.39 | .00 | 774.76 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 2253.90 | .00 | 482.33 |
| CREDIT UNION 1 | UNSECURED | 1788.04 | .00 | 382.64 |
| STEFANS STEFANS & STEFAN | REIMBURSEMENT | 174.00 | .00 | 174.00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 174.00 | 7662.33 | .00 | 7836.33 |
| PRINCIPAL PAID | .00 | 174.00 | 1639.73 | .00 | 1813.73 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 174.00 | 1639.73 | .00 | 1813.73 |

The Debtor's attorney, STEFANS STEFANS & STEFANS    , was allowed $  2500.00 and was paid $   2500.00 .

The Trustee received $    186.27 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                        /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 06 B 17150 BRIAN A BROSKI
```